

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-22-00362-CR

---

IN RE OSCAR ACE GONZALES, RELATOR

---

ORIGINAL PROCEEDING

---

December 15, 2022

## MEMORANDUM OPINION

### Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Oscar Ace Gonzales, appearing here pro se and *in forma pauperis*, filed a two-page document seeking new court-appointed counsel in a criminal law matter pending in the trial court. We interpret the document as a request that our writ of mandamus issue compelling an unnamed district judge appoint Gonzales new counsel. Gonzales's document fails to meet the requirements of a petition for writ of mandamus, Texas Rule of Appellate Procedure 52.3, and is not accompanied by a record. Texas Rule of Appellate Procedure 52.7. Accordingly, mandamus relief is denied.

Per Curiam

Do not publish.

1